[No. 4887–0–III.   Division Three.   March 29, 1983.]

MEAD'S FOODS OF SELAH, INC, ET AL, *Appellants,*
v. THE CITY OF SELAH, ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for Yakima County, No. 81–2–01090–2, Howard Hettinger, J., entered November 6, 1981. *Affirmed* by unpublished opinion per Green, J., concurred in by Roe, C.J., and McInturff, J.

[No. 4823–3–III.   Division Three.   March 29, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. RICKY NORMAN DESCOTEAUX, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 81–1–00745–5, George T. Shields, J., entered October 27, 1981. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, A.C.J., and McInturff, J.

[No. 5565–1–II.   Division Two.   March 30, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. MARVIN OLSON, *Appellant.*

Appeal from a judgment of the Superior Court for Jefferson County, No. C–1131, Gerald B. Chamberlin, J., entered May 1, 1981. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Petrich, C.J., and Reed, J.